*Send to Clerk*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

Joseph Fabozzi,
Plaintiff,
v.
Borough of Seaside Heights,
Defendant.

Civil Action No. 3:25-cv-12009

## NOTICE OF MOTION TO REMAND TO STATE COURT AND CERTIFICATION IN SUPPORT

To:
Clerk of the Court
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

And

Michael S. Nagurka, Esq.
Rothstein, Mandell, Strohm, Halm & Cipriani
98 East Water Street
Toms River, NJ 08753

PLEASE TAKE NOTICE that Plaintiff, Joseph Fabozzi, appearing pro se, respectfully moves this Court for an Order remanding the above-captioned action back to the Superior Court of New Jersey, Ocean County, Docket No. OCN-DC-008131-25, pursuant to 28 U.S.C. § 1447(c), on the basis that removal to federal court is improper, burdensome, and designed solely to disadvantage a self-represented and disabled litigant.

## CERTIFICATION IN SUPPORT OF MOTION TO REMAND

I, Joseph Fabozzi, of full age, certify as follows:

1. I am the Plaintiff in this matter.
2. I commenced this action in the Superior Court of New Jersey, Special Civil Part, under Docket No. OCN-DC-008131-25, on May 27, 2025.
3. I filed an Amended Complaint on June 9, 2025, which included federal claims under 42

CERTIFIED MAIL to Michael Nagurka: 9589 0710 5270 0713 0943 86
CERTIFIED MAIL TO Clerk of the Court: 9589 0710 5270 0713 0941 95

U.S.C. § 1983, § 1985(3), § 12203 (ADA retaliation), as well as Monell municipal liability, intentional infliction of emotional distress, and violations of the NJ Law Against Discrimination (NJLAD).

4. On June 23, 2025, the Borough of Seaside Heights, through attorney Michael S. Nagurka, filed a Notice of Removal under 28 U.S.C. § 1441(a), alleging federal question jurisdiction.

5. While federal jurisdiction may exist on the face of my amended pleading, I respectfully argue that this removal was strategically abusive and procedurally prejudicial, as it imposes excessive burdens on a 100% VA-rated disabled veteran, who receives SSDI, Special Monthly Compensation, and lives with PTSD and TBI.

6. As a pro se litigant with cognitive and emotional limitations, I am severely disadvantaged by the complexity, formalism, and procedural demands of federal court. This removal significantly hinders my access to justice.

7. I believe the defense removed the case not out of necessity, but to delay proceedings, raise the cost of litigation, and discourage my continued participation in this matter.  And because I filed a bunch of motions I was gonna win and he filed motions he was gonna lose.

8. The Special Civil Part lacks jurisdiction over some claims, so I filed a transfer to the Law Division on June 19, 2025. I think Mike Nagurka saw my motion and knew I was doing good so he did this to mess with me.  He has been doing this the whole time.  He refused electronic consent of service until I asked him to accommodate my disabilities and let me use email as service.  I am struggling with the certified mail.

9. The interests of justice, judicial economy, and fair access favor remand to state court, where the underlying claims—including most of my tort and NJLAD causes of action—arose and belong.  I googled and checked with Chat GPT.  Law division in NJ does have jurisdiction over ADA claims and Monell liability also.  Please tell me if I am wrong.

10. I respectfully request this Court remand the matter back to the New Jersey Superior Court, Ocean County.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the above is willfully false, I may be subject to penalty.

Respectfully submitted,
Datedl: June 25, 2025

_____

Joseph Fabozzi
99 Bay Parkway
Waretown, NJ 08758
Joseph.Fabozzi@hotmail.com

CERTIFIED MAIL to Michael Nagurka:  9589 0710 5270 0713 0943 86
CERTIFIED MAIL TO Clerk of the Court:  9589 0710 5270 0713 0941 95

[Type here] JF

*Send to clerk*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Joseph Fabozzi,
Plaintiff,
v.
Borough of Seaside Heights,
Defendant.

Civil Action No. 3:25-cv-12009

## CERTIFICATE OF SERVICE

I, Joseph Fabozzi, hereby certify that on June 25, 2025, I served a true and correct copy of the following documents:

- Notice of Motion to Remand to State Court
- This Certificate of Service
- Time Line with Exhibits, no cover I just wrote docket on it.

upon counsel for the Defendant listed below by email and regular U.S. Mail:

Michael S. Nagurka, Esq.
Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.
98 East Water Street
Toms River, NJ 08753
Email: mnagurka@rmshc-law.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2025
Waretown, New Jersey

*Joseph F Fav* (signature)

Joseph Fabozzi
99 Bay Parkway
Waretown, NJ 08758
Email: Joseph.Fabozzi@hotmail.com

CERTIFIED MAIL to Michael Nagurka: 9589 0710 5270 0713 0943 86
CERTIFIED MAIL TO Clerk of the Court: 9589 0710 5270 0713 0941 95