*Send to Clerk*

Joseph Fabozzi

99 Bay Parkway

Waretown, NJ 08758

732-614-0252

Jospeh.Fabozzi@hotmail.com

June 23, 2025

Clerk of the Court

United States District Court

District of New Jersey

Clarkson S. Fisher Federal Building & U.S. Courthouse

402 East State Street

Trenton, NJ 08608

RE: Status Update and ADA Accommodation Request

Fabozzi v. Borough of Seaside Heights, Case No. 3:25-cv-12009

Dear Clerk of the Court,

I am writing as the pro se plaintiff in the above-captioned matter, recently removed from the Superior Court of New Jersey, Special Civil Part, Ocean County (Docket No. OCN-DC-008131-25).

I respectfully submit this letter to:

1. Confirm my awareness that the defendant has removed this case to federal court;

CERTIFIED MAIL to Michael S. Nagurka, Esq: 9589 0710 5270 0713 0943 86

2. Place on the record that, as of today, I have not received any motion to dismiss or other substantive filing from the defense; and

3. Respectfully request reasonable accommodations under the Americans with Disabilities Act (ADA).

I am a 100% disabled veteran with service-connected Post-Traumatic Stress Disorder (PTSD) and Traumatic Brain Injury (TBI). These conditions affect my ability to process and respond to legal filings quickly. I respectfully request that the Court grant me extended deadlines and permit the use of plain-language correspondence where appropriate. Additionally, I ask to be notified by regular mail of any court orders or hearings due to my inability to access CM/ECF as a pro se litigant.Thank you for your time and understanding. I remain available to provide documentation of my service-connected conditions if required.

Respectfully submitted,

/s/ Joseph Fabozzi

Joseph Fabozzi

Pro Se Plaintiff

Enclosure: Certificate of Service

CERTIFIED MAIL to Michael S. Nagurka, Esq:  9589 0710 5270 0713 0943 86

CERTIFICATE OF SERVICE

I, Joseph Fabozzi, hereby certify that on June [Insert Date], 2025, I mailed a true and correct copy of the foregoing Status Letter and Request for ADA Accommodation to the following:

Michael S. Nagurka, Esq.

Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.

98 East Water Street

Toms River, NJ 08753

/s/ Joseph Fabozzi

Joseph Fabozzi

CERTIFIED MAIL to Michael S. Nagurka, Esq: 9589 0710 5270 0713 0943 86