Send to Clerk

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JOSEPH FABOZZI,

    Plaintiff,

v.

BOROUGH OF SEASIDE HEIGHTS,

    Defendant.

---

Civil Action No. 3:25-cv-12009

**MOTION FOR LEAVE TO FILE ELECTRONICALLY AS A PRO SE LITIGANT**

Plaintiff, Joseph Fabozzi, respectfully moves this Court for an order granting him permission to file, receive, and serve documents electronically using the Court's CM/ECF system.

In support of this motion, Plaintiff states as follows:

1. Plaintiff is proceeding pro se and does not have an attorney of record.
2. Plaintiff has reliable access to the internet, a computer, and a scanner.
3. Plaintiff is capable of learning and following the Court's e-filing rules and procedures.
4. Plaintiff is a disabled veteran with service-connected PTSD and traumatic brain injury, which make it difficult to manage paper filings and respond to mail-based litigation.
5. Use of CM/ECF would significantly improve Plaintiff's ability to timely participate in this case and reduce the burden caused by his disabilities.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order permitting

CERTIFIED MAIL to Michael S. Nagurka, Esq: 9589 0710 5270 0713 0943 86

him to register for electronic filing via CM/ECF in this matter.

Respectfully submitted,


/s/ Joseph Fabozzi

Joseph Fabozzi

99 Bay Parkway

Waretown, NJ 08758

Dated: June 23, 2025

CERTIFIED MAIL to Michael S. Nagurka, Esq: 9589 0710 5270 0713 0943 86

Send to Clerk

## CERTIFICATE OF SERVICE

I, Joseph Fabozzi, hereby certify that on June 23, 2025, I mailed a true and correct copy of the foregoing Motion for Leave to File Electronically as a Pro Se Litigant to the following:

Michael S. Nagurka, Esq.
Rothstein, Mandell, Strohm, Halm & Cipriani, P.A.
98 East Water Street
Toms River, NJ 08753

Respectfully submitted,

/s/ Joseph Fabozzi
Joseph Fabozzi
99 Bay Parkway
Waretown, NJ 08758
Dated: June 23, 2025

CERTIFIED MAIL to Michael S. Nagurka, Esq: 9589 0710 5270 0713 0943 86