**Joseph Fabozzi**
99 Bay Parkway
Waretown, NJ 08758
Joseph.Fabozzi@hotmail.com
(732) 614-0252

**July 23, 2025**

**Clerk of the Court**
U.S. District Court
District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street, Room 2020
Trenton, NJ 08608

**Re: Request for Clerk Signature on Subpoena**
*Fabozzi v. Borough of Seaside Heights, et al.*
Civil Action No. 3:25-cv-12009

Dear Clerk of the Court:

I am the pro se Plaintiff in the above-captioned matter. Enclosed please find a completed **Subpoena to Produce Documents, Information, or Objects (Form AO 88B)** directed to the **Borough of Seaside Heights**, along with **Rider A**, which details the specific documents being requested.

As a non-attorney, I understand that I must obtain the Clerk's signature before serving this subpoena. I respectfully request that a Clerk of the Court sign the enclosed subpoena and return it to me at the address listed above.

I have enclosed a self-addressed, stamped envelope for your convenience. If there are any issues with this request, please contact me by phone at (732) 614-0252 or email at Joseph.Fabozzi@hotmail.com.

Thank you for your time and assistance.

Respectfully,

*[signature: Joseph F Fabozzi]*

**Joseph Fabozzi**
Plaintiff, Pro Se
Enclosures:
– Completed AO 88B Subpoena
– Rider A

– Rider A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Joseph Fabozzi | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:25-cv-12009 |
| Borough of Seaside Heights, NJ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:             Borough of Seaside Heights, NJ

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Rider A.

| Place: | Date and Time: |
|---|---|
|  |  |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

             *CLERK OF COURT*
                                              OR

   _____          _____
   *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Joseph Fabozzi Pro Se _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:25-cv-12009

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

    ❒ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

    ❒ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

                                                               *Server's signature*

                                                               *Printed name and title*

                                                               *Server's address*

Additional information regarding attempted service, etc.:

**RIDER A**

**To: Borough of Seaside Heights**

**Re: Subpoena Duces Tecum –** *Fabozzi v. Seaside Heights*, D.N.J. Case No. 3:25-cv-12009

YOU ARE COMMANDED to produce the following documents, electronically stored information, or tangible items for inspection, copying, or reproduction:

1. **All records, emails, text messages, video files, internal communications, memoranda, and directives** created, sent, or received by any employee or official of the Borough of Seaside Heights—including but not limited to Christopher Vaz, Kenny Roberts, Officer N. Zbikowski, and PTL Giancone—regarding:

    - The **October 12, 2023** incident involving **Joseph Fabozzi** and his service dog, **Kodiak**;
    - Any assessments or determinations regarding whether Kodiak was a "working" service animal;
    - The Borough's **written or verbal position** on the legitimacy of Kodiak as a service animal;
    - Any internal or external communications referencing **Joseph Fabozzi**, from **October 1, 2023, to present**.

2. A complete and unredacted copy of any **written policies, procedures, handbooks, guidance, or directives** that were in effect on or about October 12, 2023, relating to:

    - Access to the Seaside Heights Boardwalk by members of the public and/or individuals with animals;
    - **Service animals** and disability accommodations;
    - **ADA or NJLAD compliance** for municipal employees;
    - Any **training materials** provided to Police, Code Enforcement, or Borough staff regarding **disability rights or service dog protocols**.

3. A complete copy of the **"Dog Policy"** referenced in Plaintiff's Amended Complaint (Exhibit 3), along with any versions, drafts, amendments, or internal communications regarding its development, enforcement, or interpretation.

4. All **Internal Affairs complaints, citizen complaints, or incident reports** submitted by **Joseph Fabozzi**, from **October 12, 2023 to present**, including any Borough response, notes, follow-up actions, or findings relating to such complaints.

5. Any and all **records, reports, or communications** relating to Plaintiff's request for a **police report on October 12, 2023**, including:

    - The **written report authored by PTL Giancone;**
    - Any associated communications or directives issued to or from **Giancone, Zbikowski, Roberts, or Vaz**concerning the drafting, editing, or submission of said report.

Joe Fabozzi
99 Bay Parkway
Waretown, NJ 08758

RECEIVED
JUL 3 0 2025
AT 8:30
CLERK, U.S. DISTRICT COURT

Clerk of the Court
District of NJ
Clarkson S. Fisher Building
402 East State Street, Room 2020
Trenton, NJ 08608


